# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| TODD JEFFREY GATES, ) | |
| AIS #00275350, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION 15-0246-CG-N |
| ) | |
| LEE POSEY DANIELS, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Gates, that this action is **DISMISSED with prejudice**, and that Gates is not entitled to a certificate of appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 21st day of March, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE